UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

KENDALL WILLIS                                    *
                                                  *
v                                                 *        Civil Action No. 17-6199 B(4)
                                                  *
FIRST EMANUEL HOMES OF NEW ORLEANS, *
A LIMITED PARTNERSHIP, A LOUISIANA                *
PARTNERSHIP IN COMMENDAM                          *

*********************************************************************************

### RULE 26.1 CORPORATE DISCLOSURES

NOW INTO COURT, through the undersigned counsel, comes First Emanuel Homes Of

New Orleans, who represents that the following own 10% or more interest in First Emanuel Homes

Of New Orleans:

1        First Emanuel Baptist Church

2        Greater New Orleans Rehabilitation Corporation

                          Respectfully submitted,
                          L. GEROME SMITH (APLC)

                          S/ L. Gerome Smith_____
                          L. GEROME SMITH, LSB #19279
                          2640 Amelia Street
                          New Orleans, Louisiana 70115
                          Telephone Number (504) 891-3323
                          Fax Number (504) 891-3324
                          Email: LGSLAW@BELLSOUTH.NET

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018 I served a copy of the foregoing pleading and attachments
referenced herein to Galen Hair and Sarah Kalis, via electronic mail and via the United States Postal
Service first class postage pre-paid.

                          S/ L. Gerome Smith_____
                          L. GEROME SMITH