UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENDALL WILLIS | * | |
| | * | |
| v | * | Civil Action No. 17-6199 B(4) |
| | * | |
| FIRST EMANUEL HOMES OF NEW ORLEANS, | * | |
| A LIMITED PARTNERSHIP, A LOUISIANA | * | |
| PARTNERSHIP IN COMMENDAM | * | |

*************************************************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW INTO COURT, through the undersigned counsel, comes First Emanuel Homes Of New Orleans, who brings this Motion For Partial Summary Judgment, pursuant to FRCP 56(b), because there is no material issue of fact and Defendant is entitled to partial judgment as a matter of law, as set forth in the attached Memorandum of Law.

Respectfully submitted,

s/ L. Gerome Smith
L. GEROME SMITH, LSB #19279
2640 Amelia Street
New Orleans, Louisiana 70115
Telephone Number (504) 891-3323
Fax Number (504) 891-3324
Email: LGSLAW@BELLSOUTH.NET

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following Galen Hair, Sarah Kalis.

s/ L. Gerome Smith