UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDALL WILLIS | * |
| | * |
| v | *   Civil Action No. 17-6199 |
| | B(4) |
| | * |
| FIRST EMANUEL HOMES OF NEW ORLEANS, | * |
| A LIMITED PARTNERSHIP, A LOUISIANA | * |
| PARTNERSHIP IN COMMENDAM | * |

**************************************************************************

## MEMORANDUM OF LAW
## IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

    This is a lawsuit which is brought in part, based on claims of violation of the 42 U.S.C.A. 3601, et. seq.  Part of the claim under said statute is based on allegations of conduct which, on the face of the Complaint, are alleged to have occurred more than two years before this lawsuit was filed on June 26, 2017.  More particularly, in paragraphs 15, 16 and 17 of his "Complaint" plaintiff alleges acts in violation which he claims occurred in November, 2014 and January, 2015.

    42 U.S.C.A. 3613 provides that claims under this statute are subject to a two year statute of limitations.  Subsection (a)(1)(A), which is applicable here, specifically states:

> An aggrieved person may commence a civil action in an appropriate United States district court or State court not later than 2 years after the occurrence or the termination of an alleged discriminatory housing practice, or the breach of a conciliation agreement entered into under this subchapter, whichever occurs last, to obtain appropriate relief with respect to such discriminatory housing practice or breach.

When the alleged violation involves an alleged denial of a reasonable accommodation, the time commences to run a new with each alleged denial and any claim for a denial which is not brought

within the strict two year statutory limitation is barred.  See <u>Egbukichi v. Wells Fargo Bank, NA</u>, 184 F.Supp.3d 971 (D. Or., 2016), citing and following <u>Nat'l R.R. Passenger Corp. v. Morgan</u>, 536 U.S. 101, 122 S.Ct. 2061, 153 L.Ed.2d 106 (2002).

## PRAYER

For the foregoing reasons, Defendant prays for judgment in its favor and dismissing any claims based on alleged violations that occurred before June 26, 2015.

s/ L. Gerome Smith
L. GEROME SMITH, LSB #19279
2640 Amelia Street
New Orleans, Louisiana 70115
Telephone Number (504) 891-3323
Fax Number (504) 891-3324
Email: LGSLAW@BELLSOUTH.NET

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following Galen Hair, Sarah Kalis.

s/ L. Gerome Smith