UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDALL WILLIS | * |
| | * |
| v | *   Civil Action No. 17-6199 B(4) |
| | * |
| FIRST EMANUEL HOMES OF NEW ORLEANS, | * |
| A LIMITED PARTNERSHIP, A LOUISIANA | * |
| PARTNERSHIP IN COMMENDAM | * |

*****************************************************************************

## COUNTERCLAIM

NOW INTO COURT, through the undersigned counsel, comes First Emanuel Homes Of New Orleans, who brings this counterclaim against Plaintiff, Kendall Willis:

1

At all material times Kendall Willis had a lease agreement with Defendant, for apartment B located at 1711 St. Andrew Street, which lease agreement provides that, as Lessee thereto, Kendall Willis must pay the full amount necessary to repair or replace in the event of "any damage to the leased premises or equipment therein... caused by Lessee."

2

At all material times Kendall Willis engaged in conduct which was both negligent and in breach of his lease agreement.

3

More particularly, Kendall Willis operated the electrical outlet in the kitchen of his apartment in such a way that it created a risk of an electrical overload and fire.

4

On November 22, 2016, an electrical fire did occur in apartment B located at 1711 St. Andrew Street, as a result of an electrical overload, causing damage to Defendant's property, located

at 1711 St. Andrew Street.

5

Kendall Willis is liable in tort and in breach of contract for the damage to Defendant's property, located at 1711 St. Andrew Street.

6

Kendall Willis' claim under the Federal Fair Housing Act, 42 U.S.C. 3601 et.seq., is without merit and therefore, Kendall Willis is liable for attorney fees, pursuant to 42 U.S.C. 3613.

7

Should Kendall Willis receive any judgment against Defendant, Defendant is entitled to have said judgment reduced and/or off-set by Defendant's claim for property damages and/or Defendant's claim for attorney fees.

Wherefore, after due proceedings had, Defendant, First Emanuel Homes Of New Orleans, prays for judgment in its favor and against Kendall Willis, awarding general damages, specific damages, attorney fees, legal interest and any and all other relief, equitable or otherwise, that may be proven at trial and/or allowed by law.

Respectfully submitted,
L. GEROME SMITH (APLC)

s/ L. Gerome Smith
L. GEROME SMITH, LSB #19279
2640 Amelia Street
New Orleans, Louisiana 70115
Telephone Number (504) 891-3323
Fax Number (504) 891-3324
Email: LGSLAW@BELLSOUTH.NET

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following Galen Hair, Sarah Kalis and that on said date I mailed a service copy of this pleading to Galen Hair and Sarah Kalis at 909 Poydras Street, Suite 1100, New Orleans, LA 70130, via the United States Postal Service, first class postage pre-paid.

s/ L. Gerome Smith
L. GEROME SMITH, LSB #19279
2640 Amelia Street
New Orleans, Louisiana 70115
Telephone Number (504) 891-3323
Fax Number (504) 891-3324
Email: LGSLAW@BELLSOUTH.NET
