UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENDALL WILLIS** | * | |
| **Plaintiff** | * | **CIVIL ACTION NO. 17-6199** |
| | * | |
| **VERSUS** | * | **JUDGE LEMELLE** |
| | * | |
| **FIRST EMANUEL HOMES OF** | * | **MAGISTRATE JUDGE ROBY** |
| **NEW ORLEANS, A LIMITED** | * | |
| **PARTNERSHIP, A LOUISIANA** | * | **JURY DEMAND** |
| **PARTNERSHIP IN COMMENDAM** | * | |
| **Defendant** | * | |

## NOTICE OF SETTLEMENT

Please allow this to serve as formal notice to the Court that on this 20th day of July, 2018, the parties in the above-captioned matter were able to reach a settlement in principle. Accordingly, the parties jointly request that this Honorable Court enter a 60-day order of conditional dismissal to allow the parties time to finalize all of the pertinent documents. Additionally, it is requested that this Court maintain jurisdiction to enforce any settlement in this matter.

                                                **RESPECTFULLY SUBMITTED:**

                                                __/s/ Galen M. Hair_____
                                                Galen M. Hair, La. Bar No. 32865
                                                Sarah M. Kalis, La. Bar No. 37186
                                                **Scott, Vicknair, Hair, & Checki LLC**
                                                909 Poydras Street, Suite 1100
                                                New Orleans, Louisiana 70112
                                                Telephone: (504) 684-5200
                                                Facsimile: (504) 613-6351

                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Galen M. Hair, did file the above and foregoing, into this Court's CM/ECF system on the 20th day of July, 2018, which triggers an electronic notice of filing to all counsel of record.

__/s/ Galen M. Hair_____
Galen M. Hair, Esq.